IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RESERVE AT KANAPAHA
CELEBRATION POINT,**

    **Plaintiff,**

v.   Case No. 1:17cv102-MW/GRJ

**KILSHAE HODGES,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Plaintiff's motion to remand, ECF No. 9, is **GRANTED**. This case is **REMANDED** to the County Court for the Eighth Judicial Circuit in and for Alachua County, Florida. The Clerk shall send a certified copy of this order of

1

remand to the Clerk for the Eighth Judicial Circuit in and for Alachua County, Florida.

After remand proceedings are completed, the Clerk shall close the file.

**SO ORDERED on July 26, 2017.**

                                        <u>s/Mark E. Walker</u>            ____
                                        **United States District Judge**